UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| DONALD W. CUBITT, as Next Friend of Donald B. Cubitt,<br><br>          Plaintiff,<br><br>v<br><br>CITY OF CADILLAC POLICE DEPARTMENT, PATROLMAN ZACHERY HICKS, and SGT. NICK BERTRAM, individually and in their official capacity, jointly and severally,<br><br>          Defendants. | Case No. 1:20-cv-01084<br><br>Hon. Hala Y. Jarbou<br><br>Magistrate Jude Sally J. Berens |

---

| | |
|---|---|
| Richard F. Cummins (P69582)<br>Attorney for Plaintiff<br>Neumann Law Group<br>30 East Front Street, Suite 445<br>Traverse City, MI 49684<br>(231) 221-0050<br>rich@neumannlawgroup.com | Gretchen L. Olsen (P36619)<br>Attorneys for Defendants<br>Tanoury Nauts McKinney & Dwaihy, PLLC<br>406 Bay Street, Ste. 300<br>Petoskey, MI 4977<br>231-348-6424<br>golsen@plunkettcooney.com |

---

**NOTICE OF SUBSTITUTION OF ATTORNEY**

TO:     CLERK OF THE COURT
          ALL COUNSEL OF RECORD

        PLEASE TAKE NOTICE that the undersigned replaces Plunkett Cooney on behalf of

Defendants CITY OF CADILLAC POLICE DEPARTMENT, PATROLMAN ZACHERY HICKS, and

SGT. NICK BERTRAM and requests copies of all pleadings filed in this case after this notice

be sent to the undersigned.

TANOURY, NAUTS, McKINNEY,
& DWAIHY, PLLC

By:      */s/Gretchen L. Olsen*
GRETCHEN L. OLSEN (P36619)
Attorneys for Defendant-Appellee
38777 Six Mile Road, Ste. 101
Livonia, MI 48152
Dated: April 5, 2021                          (313) 964-4500

## CONSENT TO SUBSTITUTION OF ATTORNEY

Please take notice that the undersigned consents to the substitution of the above

attorney in this case.


/s/ Carolyn Jereck w/permission          */s/ Gretchen Olsen*
CAROLYN JERECK (P41748)                  GRETCHEN L. OLSEN (P36619)
Plunkett Cooney                          Tanoury, Nauts, McKinney
                                         & Dwaihy, PLLC

## CERTIFICATE OF SERVICE

Krista Tester, an employee with the law firm of Tanoury Nauts McKinney &
Dwaihy, PLLC, being first duly sworn, deposes and says that on April 5, 2021,
she caused a copy of this document to be served upon all parties of record,
via electronic mail.

By:      */s/ Krista Tester*
Krista Tester

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

DONALD W. CUBITT, as Next Friend of
Donald B. Cubitt,

      Plaintiff,

v

CITY OF CADILLAC POLICE
DEPARTMENT, PATROLMAN ZACHERY
HICKS, and SGT. NICK BERTRAM,
individually and in their official capacity,
jointly and severally,

      Defendants.

Case No. 1:20-cv-01084

Hon. Hala Y. Jarbou

Magistrate Jude Sally J. Berens

---

Richard F. Cummins (P69582)
Attorney for Plaintiff
Neumann Law Group
30 East Front Street, Suite 445
Traverse City, MI 49684
(231) 221-0050
rich@neumannlawgroup.com

Gretchen L. Olsen (P36619)
Attorneys for Defendants
Tanoury Nauts McKinney & Dwaihy, PLLC
406 Bay Street, Ste. 300
Petoskey, MI 4977
231-348-6424
golsen@plunkettcooney.com

---

## ORDER GRANTING SUBSTITUTION OF ATTORNEY


Upon the reading and filing of the Notice and Consent to Substitution of Attorney,

and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that Gretchen L. Olsen of the law firm of Tanoury, Nauts,

McKinney & Dwaihy, PLLC, will act as attorney of record for the Defendants CITY OF

CADILLAC POLICE DEPARTMENT, PATROLMAN ZACHERY HICKS, and SGT. NICK BERTRAM

                              _____
                              DISTRICT COURT JUDGE

3