UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD W. CUBITT, as Next
Friend of Donald B. Cubitt,

      Plaintiff,

v.

CITY OF CADILLAC,
PATROLMAN ZACHERY HICKS, AND
SGT. NICK BERTRAM, individually and in
their official capacity, jointly and severally

      Defendants.

Case No. 1:20-cv-01084
Hon. Hala Y. Jarbou
Mag. Sally J. Berens

| NEUMANN LAW GROUP<br>BY: RICHARD F. CUMMINS (P69582)<br>Attorney for Plaintiff<br>300 East Front Street, Suite 445<br>Traverse City, MI 49684<br>231-221-0050<br>rich@neumannlawgroup.com | TANOURY, NAUTS, MCKINNEY & DWAIHY, PLLC<br>BY: GRETCHEN L. OLSEN (P36619)<br>Attorney for Defendants<br>38777 Six Mile Rd., Ste. 101<br>Livonia, MI 48152<br>313-964-4500 / F: 734-469-4298<br>gretchen.olsen@tnmglaw.com |
|---|---|
| MOSS & COLELLA, P.C.<br>BY: A. VINCE COLELLA (P49747)<br>Co-counsel for Plaintiff<br>28411 Northwestern Hwy., Suite 1150<br>Southfield, MI 48034<br>248-945-0100/F: 248-945-1801<br>vcolella@mosscolella.com | |

**STIPULATED ORDER EXTENDING SCHEDULING ORDER DATES**

    This matter having come before the Court by the stipulation of the parties and the Court being otherwise fully advised in the premises:

–2–

**IT IS HEREBY RECOGNIZED** that several discovery depositions will occur in September 2021 and adjustments are therefore needed to the current scheduling order to accommodate expert witness disclosures.

**IT IS HEREBY ORDERED** that scheduling order shall be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Rule 26(a)(2)(B) Expert Report Disclosures | August 27, 2021 | October 29, 2021 |
| Defendants' Rule 26 (a)(2)(B) Expert Report Disclosures | September 24, 2021 | November 24, 2021 |

IT IS SO ORDERED.

Dated: July 27, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

/s/ A. Vince Colella
A. VINCE COLELLA (P49747)
Attorney for Plaintiff

/s/ Gretchen L. Olsen
GRETCHEN L. OLSEN (P36619)
Attorney for Defendants